UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:14-CV-81250-KAM

MARTIN E. O'BOYLE,

    Plaintiff,

vs.

ROBERT A. SWEETAPPLE, et al.,

    Defendants.
_____/

**ORDER TO SHOW CAUSE**

This matter is before the Court on Plaintiff's Motion *in Limine* (DE 151). Defendants have failed to respond to the motion and the time to do so has expired. Failure to respond to a motion "may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c). Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendants shall **SHOW CAUSE** by August 19, 2016 as to why Plaintiff's motion should not be granted.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of August, 2016.

_____
KENNETH A. MARRA
United States District Judge