UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:14-CV-81250-KAM

MARTIN E. O'BOYLE,

    Plaintiff,

vs.

ROBERT A. SWEETAPPLE, et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on Defendant Robert A Sweetapple's Motion for Reconsideration of the Order Extending the Deadline to Mediate to September 30, 2016 (DE 241). Defendant Sweetapple is correct that the Court in part relied upon his representation that all parties were in agreement to mediate this case before September 30, 2016. The Court relied on this statement, however, only as to both Defendants' agreement.

It appeared Plaintiff already agreed to such an extension. In his motion for an extension, submitted on August 11, 2016, Plaintiff represented that he sought an extension "for a short period of time." (DE 223 at 1.) Plaintiff's revelation to Defendants that mediation can now only take place in October because he is unavailable for the entire month of September is inconsistent with his prior representation that he needed a "short" extension. Also, trial is set for the two-week period beginning October 17, 2016. (DE 61.) Waiting until October to mediate this case would be unreasonable absent very good cause. No such cause is shown. No reason has been provided why Plaintiff is unavailable for the entire month of September, and regardless of whether Plaintiff is unavailable in September there are two weeks left in August.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's motion (DE 241) is **DENIED**. The mediation deadline remains September 30, 2016.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of August, 2016.

_____
KENNETH A. MARRA
United States District Judge